

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00171-CV

---

FIRMUS CENTRO, LLC, APPELLANT

V.

ATX SELF-STORAGE, LLC, APPELLEE

---

On Appeal from the 419th District Court
Travis County, Texas
Trial Court No. D-1-GN-19-008477, Honorable Catherine A. Mauzy, Presiding

---

May 18, 2023

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Firmus Centro, LLC, appeals from the trial court's *Final Judgment*. Upon review of the record, there appears to be a clerical error in the judgment. The judgment was purportedly signed on "January 18, 2022," but is file-marked "January 18, 2023." *See* TEX. R. CIV. P. 306a(2). Accordingly, we abate this appeal and remand the cause to the trial court for entry of a judgment nunc pro tunc reflecting the correct date the trial court signed the *Final Judgment*. The trial court shall cause the judgment nunc

pro tunc to be included in a supplemental clerk's record filed with the Clerk of this Court no later than May 30, 2023.

It is so ordered.

Per Curiam